Certificate Number: 05781-PAE-DE-028609555

Bankruptcy Case Number: 12-13946



05781-PAE-DE-028609555

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 12, 2017, at 11:01 o'clock AM PST, Brianne Sullivan completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    January 12, 2017              By:    /s/Allison M Geving

Name:    Allison M Geving

Title:    President