# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

    BRIANNE SULLIVAN                                   :    CHAPTER 13
                                                                     :
                                                           :
    **DEBTOR**    **(S)**                      :    BANKRUPTCY NO 12-13946 MDC

**P R A E C I P E TO WITHDRAW**

Kindly withdraw the standing Trustee's NOTICE AND FINAL CURE MORTGAGE PAYMENT in the above Captioned Chapter 13 Bankruptcy case. Docket entry #38

                                  Respectfully submitted,

march 13 2017                       s/William C. Miller, Esquire
                                    William C. Miller, Esquire
                                    Chapter 13 Standing Trustee
                                    P.O. Box 1229 Philadelphia,
                                    PA  19107