United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 12-13946-mdc
Brianne Sullivan                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: Antoinett            Page 1 of 1              Date Rcvd: Jun 14, 2017
                                Form ID: 138NEW            Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2017.
db             +Brianne Sullivan,    2522 S. Bancroft Street,    Philadelphia, PA 19145-4516
12737056       +Dustin Zaccheo,    2522 S. Bancroft Street,    Philadelphia, PA 19145-4516
12737057       +Fed Loan Servicing,    PO Box 2461,    Harrisburg, PA 17105-2461
12888022        FedLoan Servicing,    P.O. Box 69184,    Harrisburg, PA 17106-9184
12737059       +KML Law Group,   Attn: Thomas I. Puleo, Esq.,     701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
12737060       +PNC Bank N.A.,    PO Box 108,    Saint Louis, MO 63166-0108
12737061       +US Bank National Association,     211 North Front Street,    PO Box 15057,
                 Harrisburg, PA 17105-5057
12737062       +WFNNB- Victoria's Secret,    PO Box 659728,    San Antonio, TX 78265-9728

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Jun 15 2017 01:06:38     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 15 2017 01:05:42
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 15 2017 01:06:25    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
12737058       +E-mail/Text: ebnsterling@weltman.com Jun 15 2017 01:05:28    KAY Jewelers,    375 Ghent Road,
                 Akron, OH 44333-4600
13013610       +E-mail/Text: cdicicco@myphillybankruptcylawyer.com Jun 15 2017 01:05:18
                 Law Offices of Christian A. DiCicco,    2008 Chestnut Street,    Philadelphia, PA 19103-4535
12873935       +E-mail/Text: blegal@phfa.org Jun 15 2017 01:06:00    PHFA,    211 North Front Street,
                 Harrisburg, PA 17101-1466,    Attn: ALSV/Anne
12791819        E-mail/Text: bnc-quantum@quantum3group.com Jun 15 2017 01:05:30
                 Quantum3 Group LLC as agent for,    World Financial Network Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor   U.S. Bank National Association, et al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              CHRISTIAN A. DICICCO    on behalf of Debtor Brianne  Sullivan
               cdicicco@myphillybankruptcylawyer.com, christianadicicco@gmail.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com
              THOMAS I. PULEO    on behalf of Creditor   U.S. Bank National Association, et al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Brianne Sullivan
    Debtor(s)

Bankruptcy No: 12–13946–mdc
Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 6/14/17

43 – 42
Form 138_new