# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Brianne Sullivan | | |
| | : | Bky. No. 12-13946 |
| | : | |
| Debtor | | |
| | : | |

## NOTICE OF CHAPTER 13 CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above-captioned case has been closed without entry of discharge.

Date: August 8, 2017

FOR THE COURT

TIMOTHY B. McGRATH
Clerk of Court